UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>                                                                 )<br>                    Plaintiff,                         ) | Case No. 08mj0556 |
|                                                                 )<br>v.                                                            )<br>                                                                 )<br>LUIS LOPEZ-GUERRERO,                     )<br>                                                                 )<br>                    Defendant.                     )<br>_____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  February 26, 2008

/s/ John  C. Ellis, Jr.
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
john_ellis@fd.org